UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-23669-DPG

CRISTHIAN V ZELAYA, and all others )
similarly situated under 29 U.S.C. 216(b), )
)
)
Plaintiffs, )
vs. )
)
CARGO LOGISTICS GROUP USA LLC, )
and ESMERALDA CASTILLO, and )
CARLOS R GONZALEZ, Sr., )
)
Defendants. )
_____ )

## PLAINTIFF'S STATEMENT OF CLAIM

Plaintiff, by and through the undersigned counsel, hereby files his Statement of Claim pursuant to this Court's Order [DE 10], and states as follows:

**FEDERAL OVERTIME WAGE CLAIM:**

**Period Claimed:** August 26, 2013 through July 20, 2015
Weeks: 99 weeks
Average Overtime hours per week: 10 hours
Amount of half time per hour not compensated: $4.50/hr (based on hourly rate of $9.00/hr)
Total overtime wages unpaid: **$4,455.00**

**Total Overtime Wage Claim and Liquidated Damages: $4,455.00 X 2 = $8,910.00**

\*\*Plaintiff seeks all fees and costs under the FLSA.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By: /s/ Allyson Morgado
Allyson Morgado, Esquire

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 9/27/16 TO:

ALL CM/ECF RECIPIENTS

BY: /s/ Allyson Morgado
Allyson Morgado, Esquire