UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-23669-CIV-DPG

CRISTHIAN V ZELAYA and all others )
similarly situated under 29 U.S.C. 216(b), )
)
Plaintiff, )
vs. )
)
CARGO LOGISTICS GROUP USA LLC, )
ESMERALADA CASTILLO & CARLOS R )
GONZALEZ, SR., )
)
Defendants. )

**PLAINTIFF'S STATEMENT OF CLAIM**

Plaintiff, by and through Undersigned Counsel, in accordance with the Order of this Court [D.E. 10], hereby files this Statement of Claim, and reserves the right to make any and all necessary amendments to said Statement of Claim based on discovery;

1. Period Claimed: On or about, September 15, 2013 through, on or about, July 20, 2015

    a:    Weeks: 96 (Weeks Rounded Down)

    b:    Hours Worked Per Week: 50

    c:    Overtime Hours Claimed Per Week: 10

    d:    Applicable Half-Time Overtime Wage: $4.50

    e:    Amount Owed: $4.50/hr x 10 hours per week x 96 weeks = $4,320

2. Liquidated Damages: $4320 x 2 = $8,640.00 plus attorneys' fees and costs

Respectfully Submitted,

J.H. Zidell, P.A.
300 71st Street, Suite 605

Miami Beach, Florida 33141<br>
Tel: (305) 865-6766<br>
Fax: (305) 865-7167<br>
*Attorneys for Plaintiff*<br><br>
By: /s/ Joshua H. Sheskin<br>
Joshua H. Sheskin, Esq.<br>
Jsheskin.jhzidellpa@gmail.com<br>
Florida Bar Number: 93028

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on October 10, 2016.

J.H. Zidell, P.A.<br>
300 71st Street, Suite 605<br>
Miami Beach, Florida 33141<br>
Tel: (305) 865-6766<br>
Fax: (305) 865-7167<br>
*Attorneys for Plaintiff*<br><br>
By: /s/ Joshua Sheskin<br>
Joshua H. Sheskin, Esq.<br>
Jsheskin.jhzidellpa@gmail.com<br>
Florida Bar Number: 93028