UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:16-cv-23669-DPG

CRISTHIAN ZELAYA, and all others
similarly situated under 29 U.S.C. 216(b)

      Plaintiffs,

vs.

CARGO LOGISTICS GROUP USA LLC,
and ESMERALDA CASTILLO, and
CARLOS R. GONZALEZ, Sr.,

      Defendants.

_____/

## DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM

Defendants, CARGO LOGISTICS GROUP USA LLC, ESMERALDA CASTILLO, individually, and CARLOS R. GONZALEZ, Sr., individually (hereinafter "Defendants"), through undersigned counsel, and in compliance with this Court's Order dated September 26, 2016 Requiring Statement Of Claim and Response in FLSA Case [D.E. #10], hereby state as follows in response to Plaintiff, CRISTHIAN V. ZELAYA's Statement of Claim (hereinafter "Plaintiff" or "Zelaya") [D.E. #12]:

1. The Defendants deny that they violated the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* ("FLSA") and deny that Plaintiff is entitled to any relief, including overtime pay, liquidated damages, attorney's fees, and costs as described in the Plaintiff's Statement of Claim. Rather, the Plaintiff was properly classified as overtime-exempt pursuant to the Bona Fide Executive, Administrative, or Professional Exemption, 29 U.S.C. § 213. Moreover, even if there were any relevant workweeks during which the Plaintiff was not exempt—

which the Defendants maintain there were not—the Plaintiff was nevertheless paid in compliance with 29 U.S.C. § 207.

2. The Plaintiff, CRISTHIAN ZELAYA, was employed as a warehouse supervisor for the entire timeframe at issue in this suit. In this role, Plaintiff ZELAYA'S duties included training employees; setting and adjusting their hours of work; directing the work of employees; maintaining and supervision of inventory accounts; appraising employees' productivity and efficiency for the purpose of recommending promotions or other changes in status; handling employee complaints and grievances; disciplining employees; planning the work; apportioning the work among the employees; determining the type of equipment to be used; controlling the flow and distribution of materials or merchandise and supplies; providing for the safety and security of the employees and the property; responsible for the management and operation of inventory accounts; responsible for coordinating intake of goods and services from third party vendors; customer service; and monitoring or implementing legal compliance measures.

3. The Plaintiff's work hours as warehouse supervisor varied from week to week.

4. The Plaintiff was paid his salary in bi-weekly installments throughout his employment as supervisor, regardless of whether he worked more or less than 40 hours in any particular week. Copies of Plaintiff's payment records are attached hereto as Exhibit "A."

5. Even if Plaintiff was to prevail on his claims—which the Defendants deny that he can or will—the Plaintiff miscalculates the relief that could be available to him in at least five respects:

a. *First,* the Plaintiff is not entitled to liquidated damages because even assuming, *arguendo,* that the Defendants violated the FLSA, the Defendants' acts or omissions giving rise to such violations were in good faith and with reasonable grounds for believing such acts or omissions were not in violation of the FLSA. See 29 U.S.C. § 260.

b. *Second,* the Plaintiff is also not entitled to three years of back pay even if, again, assuming, *arguendo,* that the Defendants violated the FLSA, since the Defendants' acts or omissions were not done willfully or with a reckless disregard of the provisions of the FLSA overtime wages requirement. The Defendants acted in good faith and with reasonable grounds for believing that their acts or omissions complied with the FLSA requirements. Thus, the Plaintiff's recovery of back pay would be capped at the two years preceding the filing of this lawsuit (i.e. August 26, 2014). *See 29 U.S.C. § 255(a).* Additionally, the Plaintiff was not an employee of Defendant CARGO LOGISTICS GROUP USA LLC in 2016 and/or part of 2015. Plaintiff's last day of employment with Defendant was August 14, 2015.

c. *Third,* while the Defendants, agree that the appropriate measure of back overtime pay—if any—is the one and a half-time method, the Plaintiff's calculations of such relief are incorrect and grossly exaggerated. In the Statement of Claim, Plaintiff ZELAYA alleges that he is entitled to recover for $8,910.00 in overtime while he fails to establish the exact amount of such overtime hours he claims to be entitled to. Plaintiff incorrectly begins his calculations on August 26, 2013 and grossly overstates the amount of alleged overtime hours worked each week. The correct calculation should commence on August 26, 2014, as noted above, since even if the Defendants did violate the FLSA overtime pay requirements, which they contend that they did not, it was not done willfully or with reckless disregard of the FLSA requirements. Accordingly, after reviewing the time period provided, the alleged overtime hours at issue for Plaintiff ZELAYA for the period of August 26, 2014 to August 14, 2015 are actually 348.29 hours. *See attached Exhibit "A."*

d. ***Fourth,*** it is clear that not even the Plaintiff has knowledge about the amount of weeks

he is allegedly owed overtime. Defendants are responding to Plaintiff's Statement of Claim

filed by Plaintiff on September 27, 2016 claiming a total amount of $4,455.00 for allegedly

99 weeks of past due overtime [D.E. #12]; however, on October 10, 2016, the Plaintiff filed

another Statement of Claim, this time claiming 96 weeks of past due overtime for the total

amount of $4,320.00 [D.E. #15].

d. ***Fifth***, there are many work weeks where the Plaintiff received miscellaneous pay. If the

Plaintiff now alleges that he should have been paid hourly, then the Defendants are entitled

to offset the Plaintiff's alleged overtime damages with overpayments made during the

timeframe at issue in this suit.

6. Even if the Plaintiff prevails in his overtime claims against the Defendant, CARGO

LOGISTICS GROUP USA LLC, the Defendant, ESMERALDA CASTILLO, should not be held

individually liable for any violation of the FLSA overtime pay requirement. Ms. Castillo does not

qualify as an "employer" under the FLSA definition. 29 U.S.C. § 207(a). Ms. Castillo does not

have control over the aspects of the company's day-to-day functions that are related to the

company's FLSA obligations. Without this, the Plaintiff is unable to recover from Ms. Castillo

individually.

7. Likewise, even if the Plaintiff prevails in his overtime claims against the Defendant,

CARGO LOGISTICS GROUP USA LLC, the Defendant, CARLOS R. GONZALEZ, Sr., should

not be held individually liable for any violation of the FLSA overtime pay requirement. Mr.

Gonzalez does not qualify as an "employer" under the FLSA definition. 29 U.S.C. § 207(a). Mr.

Gonzalez does not have control over the aspects of the company's day-to-day functions that are

related to the company's FLSA obligations. Without this, the Plaintiff is unable to recover from Mr. Gonzalez individually.

8. Additionally, the Defendants refute the Plaintiff's claims that there are "similarly situated" persons who would make up a class for a collective action. The Plaintiff has not provided any factual information in his Complaint or the Statement of Claim that provides the Defendants notice of who the possible opt-in plaintiffs could be or what commonality they share with the named Plaintiff that would allow a collective action.

9. The Defendants' investigation of the Plaintiff's claims is in its early stages and is ongoing. As discovery progresses in this action, the Defendants reserve the right to modify and supplement their response, to produce additional documents supporting its defenses, and to assert additional defenses not noted above.

10. The Defendants will prove during the course of this lawsuit that they have acted in good faith in classifying the supervisor position as exempt such that the Plaintiff would not be entitled to recover liquidated damages, even if he was able to prove liability.

11. Conversely, the Defendants will also prove during the course of this matter that the Plaintiff has acted in bad faith in regards to this law suit. The Plaintiff's bad faith actions entitle the Defendants to recover their attorney's fees. *See Kreager v. Solomon & Flanagan, P.A.*, 775 F.2d 1541, 1543 (11th Cir. 1985). As such, the Defendants request that the Court reserves jurisdiction to consider a timely filed motion for Defendants' attorney's fees.

Respectfully submitted,

*/s/: Ivette Labied*
Ivette Labied, Esq.
Florida Bar No. 840661
**The Law Professionals, P.A.**
3301 Ponce De Leon Blvd.
Third Floor
Coral Gables, FL 33134
Telephone: (305) 445-4225
Facsimile:  (866) 359-3557
pleadings@thelawprofessionals.com
ilabied@thelawprofessionals.com

## CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY that this Response to the Plaintiff's Statement of Claim complies with the S.D. Fla. Local Rules and the Court's Order Regarding Formatting of Filings [D.E. #5].

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of October, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on: Allyson Morgado, Esq. at amorgado.jhzidell@gmail.com, Joshua Howard Sheskin, Esq. at jsheskin.jhzidellpa@gmail.com, and J.H. Zidell, Esq. at zabogado@aol.com, in the manner specified.

*/s/: Ivette Labied*       
Ivette Labied, Esq.
Florida Bar No. 840661
**The Law Professionals, P.A.**
3301 Ponce De Leon Blvd.
Third Floor
Coral Gables, FL 33134
Telephone: (305) 445-4225
Facsimile: (866) 359-3557
pleadings@thelawprofessionals.com
ilabied@thelawprofessionals.com

# EXHIBIT

# "A"

| Company Code | Loc/Dept. | Num. | Page | | Earnings Statement |  |
|---|---|---|---|---|---|---|
| RA / HXU 20306995 | 01/ | 3520711 | 1 of 1 | | | |

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

| | |
|---|---|
| Period Starting: | 08/16/2015 |
| Period Ending: | 08/31/2015 |
| Pay Date: | 08/31/2015 |

Taxable Marital Status:    Single
Exemptions/Allowances:         Tax Override:
  Federal:    2            Federal:
  State:       0            State:
  Local:       0            Local:
Social Security Number:    XXX-XX-XXXX

CRISTHIAN ZELAYA
5421 NW 24 AV
HIALEAH, FL 33016

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 9.7500 | 8.00 | 78.00 | 12274.26 |
| Bonus | | | 0.00 | 334.71 |
| Misc pay | | | 0.00 | 1155.78 |
| | | | | |
| Gross Pay | | | $78.00 | $13,764.75 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 8.00 | 1324.96 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 842.91 |
| Social Security | -4.83 | 853.41 |
| Medicare | -1.13 | 199.59 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | -36.02 | 3161.42 |

| Net Pay | | $36.02 |
|---|---|---|

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1710 | XXXXXXXXX | 36.02 |

Your federal taxable wages this period are  $78.00

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

Pay Date:            08/31/2015

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX1710 | XXXXXXXXX | 36.02 |

THIS IS NOT A CHECK

CRISTHIAN ZELAYA
5421 NW 24 AV
HIALEAH, FL 33016

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RA7HXU 20306995 | 01/ | 3496749 | 1 of 1 |

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

**Earnings Statement**

ADP

Period Starting:  08/01/2015
Period Ending:  08/15/2015
Pay Date:  08/14/2015

Taxable Marital Status:  Single
Exemptions/Allowances:  Tax Override:
  Federal:  2    Federal:
  State:  0    State:
  Local:  0    Local:
Social Security Number:  XXX-XX-XXXX

CRISTHIAN ZELAYA
5421 NW 24 AV
HIALEAH, FL 33016

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 9.7500 | 96.08 | 936.78 | 12196.26 |
| Bonus | | | 0.00 | 334.71 |
| Misc pay | | | 0.00 | 1155.78 |
| Gross Pay | | | $936.78 | $13,686.75 |

| Statutory Deductions | | this period | year to date |
|---|---|---|---|
| Federal Income | | −56.92 | 842.91 |
| Social Security | | −58.08 | 848.58 |
| Medicare | | −13.59 | 198.46 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | −208.36 | 3125.40 |

| Net Pay | $599.83 |
|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 96.08 | 1316.96 |

Deposits

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1710 | XXXXXXXXX | 599.83 |

Your federal taxable wages this period are  $936.78

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

Pay Date:      08/14/2015

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX1710 | XXXXXXXXX | 599.83 |

CRISTHIAN ZELAYA
5421 NW 24 AV
HIALEAH, FL 33016

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RA / HXU 20306995 | 01/ | 3471123 | 1 of 1 |

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

## Earnings Statement



Period Starting:    07/16/2015
Period Ending:      07/31/2015
Pay Date:           07/31/2015

Taxable Marital Status:    Single
Exemptions/Allowances:       Tax Override:
  Federal:    2              Federal:
  State:      0              State:
  Local:      0              Local:
Social Security Number:    XXX-XX-XXXX

CRISTHIAN ZELAYA
5421 NW 24 AV
HIALEAH, FL 33016

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 9.7500 | 70.73 | 689.62 | 11259.48 |
| Bonus | | | 0.00 | 334.71 |
| Misc pay | | | 0.00 | 1155.78 |
| Gross Pay | | | $689.62 | $12,749.97 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -26.05 | 785.99 |
| Social Security | -42.76 | 790.50 |
| Medicare | -9.99 | 184.87 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | -208.36 | 2917.04 |
| Net Pay | $402.46 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 70.73 | 1220.88 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1710 | XXXXXXXXX | 402.46 |

Your federal taxable wages this period are  $689.62

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

Pay Date:          07/31/2015

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX1710 | XXXXXXXXX | 402.46 |

THIS IS NOT A CHECK

CRISTHIAN ZELAYA
5421 NW 24 AV
HIALEAH, FL 33016

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RA / HXU 20306995 | 01/ | 3439819 | 1 of 1 |

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

**Earnings Statement**



Period Starting:   07/01/2015
Period Ending:    07/15/2015
Pay Date:          07/15/2015

Taxable Marital Status:   Single
Exemptions/Allowances:          Tax Override:
   Federal:   2          Federal:
   State:     0          State:
   Local:     0          Local:
Social Security Number:   XXX-XX-XXXX

CRISTHIAN ZELAYA
5421 NW 24 AV
HIALEAH, FL 33016

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 9.0000 | 76.14 | 685.26 | 10569.86 |
| Bonus | | | 0.00 | 334.71 |
| Misc pay | | | 0.00 | 1155.78 |
| Gross Pay | | | $685.26 | $12,060.35 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -25.61 | 759.94 |
| Social Security | -42.48 | 747.74 |
| Medicare | -9.94 | 174.88 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | -208.36 | 2708.68 |
| Net Pay | $398.87 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 76.14 | 1150.15 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1710 | XXXXXXXXX | 398.87 |

Your federal taxable wages this period are  $685.26

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

Pay Date:        07/15/2015

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX1710 | XXXXXXXXX | 398.87 |

THIS IS NOT A CHECK

CRISTHIAN ZELAYA
5421 NW 24 AV
HIALEAH, FL 33016

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RA / HXU 20306995 | 01/ | 3413305 | 1 of 1 |

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

**Earnings Statement**

ADP

Period Starting:   06/16/2015
Period Ending:    06/30/2015
Pay Date:          06/30/2015

Taxable Marital Status:   Single
Exemptions/Allowances:      Tax Override:
   Federal:   2      Federal:
   State:     0      State:
   Local:     0      Local:
Social Security Number:   XXX-XX-XXXX

CRISTHIAN ZELAYA
5421 NW 24 AV
HIALEAH, FL 33016

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 9.7500 | 100.00 | 975.00 | 9884.60 |
| Bonus | | | 0.00 | 334.71 |
| Misc pay | | 0.00 | 420.81 | 1155.78 |
| Gross Pay | | | $1,395.81 | $11,375.09 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -125.78 | 734.33 |
| Social Security | -86.54 | 705.26 |
| Medicare | -20.24 | 164.94 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | -208.36 | 2500.32 |
| Net Pay | $954.89 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 100.00 | 1074.01 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1710 | XXXXXXXXX | 954.89 |

Your federal taxable wages this period are  $1,395.81

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

Pay Date:          06/30/2015

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX1710 | XXXXXXXXX | 954.89 |

THIS IS NOT A CHECK

CRISTHIAN ZELAYA
5421 NW 24 AV
HIALEAH, FL 33016

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RA / HXU 20306995 | 01/ | 3385747 | 1 of 1 |

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

**Earnings Statement**



Period Starting:      06/01/2015
Period Ending:       06/15/2015
Pay Date:              06/15/2015

Taxable Marital Status:      Single
Exemptions/Allowances:       Tax Override:
   Federal:      2            Federal:
   State:         0            State:
   Local:         0            Local:
Social Security Number:      XXX-XX-XXXX

CRISTHIAN ZELAYA
5421 NW 24 AV
HIALEAH, FL 33016

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 9.7500 | 100.00 | 975.00 | 8909.60 |
| Bonus |  |  | 0.00 | 334.71 |
| Misc pay |  | 0.00 | 68.25 | 734.97 |
| **Gross Pay** |  |  | **$1,043.25** | **$9,979.28** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -72.89 | 608.55 |
| Social Security | -64.69 | 618.72 |
| Medicare | -15.13 | 144.70 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | -208.36 | 2291.96 |

| Net Pay |  | $682.18 |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 100.00 | 974.01 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1710 | XXXXXXXXX | 682.18 |

Your federal taxable wages this period are  $1,043.25

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

Pay Date:              06/15/2015

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX1710 | XXXXXXXXX | 682.18 |

CRISTHIAN ZELAYA
5421 NW 24 AV
HIALEAH, FL 33016

| Company Code | Loc/Dept | Number | Page |
| --- | --- | --- | --- |
| RA / HXU 20306995 | 017 | 3360249 | 1 of 1 |

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

## Earnings Statement



| Period Starting: | 05/16/2015 |
| --- | --- |
| Period Ending: | 05/31/2015 |
| Pay Date: | 05/31/2015 |

Taxable Marital Status:   Single
Exemptions/Allowances:   Tax Override:
   Federal:   2     Federal:
   State:    0     State:
   Local:    0     Local:
Social Security Number:   XXX-XX-XXXX

CRISTHIAN ZELAYA
5421 NW 24 AV
HIALEAH, FL 33016

| Earnings | rate | hours/units | this period | year to date |
| --- | --- | --- | --- | --- |
| Regular | 9.7500 | 91.35 | 890.66 | 7934.60 |
| Bonus | | | 0.00 | 334.71 |
| Misc pay | | | 0.00 | 666.72 |
| Gross Pay | | | $890.66 | $8,936.03 |

| Statutory Deductions | this period | year to date |
| --- | --- | --- |
| Federal Income | −50.01 | 535.66 |
| Social Security | −55.22 | 554.03 |
| Medicare | −12.91 | 129.57 |

| Voluntary Deductions | this period | year to date |
| --- | --- | --- |
| Child support 1 | −208.36 | 2083.60 |
| Net Pay | $564.16 | |

| Other Benefits and Information | this period | year to date |
| --- | --- | --- |
| Total Hours Worked | 91.35 | 874.01 |

| Deposits account number | transit/ABA | amount |
| --- | --- | --- |
| XXXXXX1710 | XXXXXXXXX | 564.16 |

Your federal taxable wages this period are  $890.66

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

Pay Date:          05/31/2015

| Deposited to the account | account number | transit/ABA | amount |
| --- | --- | --- | --- |
| Checking DirectDeposit | XXXXXX1710 | XXXXXXXXX | 564.16 |

THIS IS NOT A CHECK

CRISTHIAN ZELAYA
5421 NW 24 AV
HIALEAH, FL 33016

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RA / HXU 20306995 | 01/ | 3334171 | 1 of 1 |

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

**Earnings Statement**

ADP

Period Starting:  05/01/2015
Period Ending:  05/15/2015
Pay Date:  05/15/2015

Taxable Marital Status:  Single
Exemptions/Allowances:  Tax Override:
  Federal:  2    Federal:
  State:  0    State:
  Local:  0    Local:
Social Security Number:  XXX-XX-XXXX

CRISTHIAN ZELAYA
5421 NW 24 AV
HIALEAH, FL 33016

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 9.0000 | 100.00 | 900.00 | 7043.94 |
| Bonus | | | 0.00 | 334.71 |
| Misc pay | | 0.00 | 292.59 | 666.72 |
| **Gross Pay** | | | **$1,192.59** | **$8,045.37** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 100.00 | 782.66 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1710 | XXXXXXXXX | 797.71 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -95.29 | 485.65 |
| Social Security | -73.94 | 498.81 |
| Medicare | -17.29 | 116.66 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | -208.36 | 1875.24 |
| **Net Pay** | **$797.71** | |

Your federal taxable wages this period are  $1,192.59

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

Pay Date:  05/15/2015

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX1710 | XXXXXXXXX | 797.71 |

CRISTHIAN ZELAYA
5421 NW 24 AV
HIALEAH, FL 33016

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RA / HXU 20306995 | 01/ | 3304154 | 1 of 1 |

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

**Earnings Statement**

ADP®

| | |
|---|---|
| Period Starting: | 04/16/2015 |
| Period Ending: | 04/30/2015 |
| Pay Date: | 04/30/2015 |

Taxable Marital Status: Single
Exemptions/Allowances:      Tax Override:
  Federal:      2          Federal:
  State:        0          State:
  Local:        0          Local:
Social Security Number:   XXX-XX-XXXX

CRISTHIAN ZELAYA
5421 NW 24 AV
HIALEAH, FL 33016

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 9.0000 | 100.00 | 900.00 | 6143.94 |
| Bonus | | | 0.00 | 334.71 |
| Misc pay | | 0.00 | 156.96 | 374.13 |
| **Gross Pay** | | | **$1,056.96** | **$6,852.78** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -74.95 | 390.36 |
| Social Security | -65.53 | 424.87 |
| Medicare | -15.33 | 99.37 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | -208.36 | 1666.88 |

| **Net Pay** | | **$692.79** |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 100.00 | 682.66 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1710 | XXXXXXXXX | 692.79 |

Your federal taxable wages this period are  $1,056.96

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

Pay Date:         04/30/2015

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX1710 | XXXXXXXXX | 692.79 |

THIS IS NOT A CHECK

CRISTHIAN ZELAYA
5421 NW 24 AV
HIALEAH, FL 33016

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RA / HXU 20306995 | 01/ | 3275046 | 1 of 1 |

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

**Earnings Statement**

ADP®

Period Starting:  04/01/2015
Period Ending:  04/15/2015
Pay Date:  04/15/2015

Taxable Marital Status:  Single
Exemptions/Allowances:          Tax Override:
  Federal:  2          Federal:
  State:  0          State:
  Local:  0          Local:
Social Security Number:  XXX-XX-XXXX

CRISTHIAN ZELAYA
5421 NW 24 AV
HIALEAH, FL 33016

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 9.0000 | 82.05 | 738.45 | 5243.94 |
| Bonus | | | 0.00 | 334.71 |
| Misc pay | | | 0.00 | 217.17 |
| Gross Pay | | | $738.45 | $5,795.82 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 82.05 | 582.66 |

Deposits
| account number | Transit/ABA | amount |
|---|---|---|
| XXXXXX1710 | XXXXXXXXX | 442.67 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -30.93 | 315.41 |
| Social Security | -45.78 | 359.34 |
| Medicare | -10.71 | 84.04 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | -208.36 | 1458.52 |

| Net Pay | | $442.67 |
|---|---|---|

Your federal taxable wages this period are  $738.45

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

Pay Date:          04/15/2015

| Deposited to the account | account number | Transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX1710 | XXXXXXXXX | 442.67 |

THIS IS NOT A CHECK

CRISTHIAN ZELAYA
5421 NW 24 AV
HIALEAH, FL 33016

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RA / HXU 20306995 | 01/ | 3247205 | 1 of 1 |

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

**Earnings Statement** 

Period Starting:   03/16/2015
Period Ending:    03/31/2015
Pay Date:          03/31/2015

Taxable Marital Status:   Single
Exemptions/Allowances:          Tax Override:
   Federal:   2          Federal:
   State:     0          State:
   Local:     0          Local:
Social Security Number:   XXX-XX-XXXX

CRISTHIAN ZELAYA
5421 NW 24 AV
HIALEAH, FL 33016

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 9.0000 | 100.00 | 900.00 | 4505.49 |
| Bonus | | | 0.00 | 334.71 |
| Misc pay | | 0.00 | 217.17 | 217.17 |
| **Gross Pay** | | | **$1,117.17** | **$5,057.37** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 100.00 | 500.61 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1710 | XXXXXXXXX | 739.36 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -83.98 | 284.48 |
| Social Security | -69.27 | 313.56 |
| Medicare | -16.20 | 73.33 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | -208.36 | 1250.16 |
| **Net Pay** | **$739.36** | |

Your federal taxable wages this period are  $1,117.17

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

Pay Date:          03/31/2015

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX1710 | XXXXXXXXX | 739.36 |

THIS IS NOT A CHECK

CRISTHIAN ZELAYA
5421 NW 24 AV
HIALEAH, FL 33016

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RA / HXU 20306995 | 01/ | 3219976 | 1 of 1 |

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

**Earnings Statement**

ADP

Period Starting:    03/01/2015
Period Ending:    03/15/2015
Pay Date:    03/13/2015

Taxable Marital Status:    Single
Exemptions/Allowances:        Tax Override:
    Federal:    2        Federal:
    State:    0        State:
    Local:    0        Local:
Social Security Number:    XXX-XX-XXXX

CRISTHIAN ZELAYA
5421 NW 24 AV
HIALEAH, FL 33016

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 9.0000 | 83.40 | 750.60 | 3605.49 |
| Bonus | | | 0.00 | 334.71 |
| Gross Pay | | | $750.60 | $3,940.20 |

| Statutory Deductions | | this period | year to date |
|---|---|---|---|
| Federal Income | | -32.14 | 200.50 |
| Social Security | | -46.53 | 244.29 |
| Medicare | | -10.88 | 57.13 |

| Voluntary Deductions | | this period | year to date |
|---|---|---|---|
| Child support 1 | | -208.36 | 1041.80 |
| Net Pay | | $452.69 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 83.40 | 400.61 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1710 | XXXXXXXXX | 452.69 |

Your federal taxable wages this period are  $750.60

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

Pay Date:    03/13/2015

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX1710 | XXXXXXXXX | 452.69 |

THIS IS NOT A CHECK

CRISTHIAN ZELAYA
5421 NW 24 AV
HIALEAH, FL 33016

| Company Code | Loc/Dept | Numb | Page |
|---|---|---|---|
| RA / HXU 20306995 | 01/ | 3194006 | 1 of 1 |

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

**Earnings Statement**

ADP®

| | |
|---|---|
| Period Starting: | 02/16/2015 |
| Period Ending: | 02/28/2015 |
| Pay Date: | 02/27/2015 |

Taxable Marital Status:   Single
Exemptions/Allowances:          Tax Override:
  Federal:   2          Federal:
  State:      0          State:
  Local:      0          Local:
Social Security Number:   XXX-XX-XXXX

CRISTHIAN ZELAYA
5421 NW 24 AV
HIALEAH, FL 33016

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 9.0000 | 65.58 | 590.22 | 2854.89 |
| Bonus | | | 0.00 | 334.71 |
| Gross Pay | | | $590.22 | $3,189.60 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -16.11 | 168.36 |
| Social Security | -36.60 | 197.76 |
| Medicare | -8.56 | 46.25 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | -208.36 | 833.44 |

| Net Pay | $320.59 |
|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 65.58 | 317.21 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1710 | XXXXXXXXX | 320.59 |

Your federal taxable wages this period are  $590.22

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

Pay Date:          02/27/2015

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX1710 | XXXXXXXXX | 320.59 |

THIS IS NOT A CHECK

CRISTHIAN ZELAYA
5421 NW 24 AV
HIALEAH, FL 33016

| Company Code | Loc/Dept | Numb. | Page |
|---|---|---|---|
| RA / HXU 20306995 | 01/ | 3167891 | 1 of 1 |

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

**Earnings Statement**

ADP

| | |
|---|---|
| Period Starting: | 02/01/2015 |
| Period Ending: | 02/15/2015 |
| Pay Date: | 02/13/2015 |

Taxable Marital Status: Single
Exemptions/Allowances: Tax Override:
Federal: 2 Federal:
State: 0 State:
Local: 0 Local:
Social Security Number: XXX-XX-XXXX

CRISTHIAN ZELAYA
5421 NW 24 AV
HIALEAH, FL 33016

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 9.0000 | 100.00 | 900.00 | 2264.67 |
| Bonus | | 0.00 | 334.71 | 334.71 |
| Gross Pay | | | .$1,234.71 | $2,599.38 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | −101.61 | 152.25 |
| Social Security | −76.55 | 161.16 |
| Medicare | −17.90 | 37.69 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | −208.36 | 625.08 |
| Net Pay | $830.29 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 100.00 | 251.63 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1710 | XXXXXXXXX | 830.29 |

Your federal taxable wages this period are  $1,234.71

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

Pay Date:           02/13/2015

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX1710 | XXXXXXXXX | 830.29 |

CRISTHIAN ZELAYA
5421 NW 24 AV
HIALEAH, FL 33016

| Company Code | Loc/Dept | Numbe | Page |
|---|---|---|---|
| RA / HXU 20306995 | 01/ | 3139992 | 1 of 1 |

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

**Earnings Statement**

ADP

Period Starting:   01/16/2015
Period Ending:    01/31/2015
Pay Date:           01/30/2015

Taxable Marital Status:   Single
Exemptions/Allowances:        Tax Override:
  Federal:   2         Federal:
  State:      0         State:
  Local:      0         Local:
Social Security Number:   XXX-XX-XXXX

CRISTHIAN ZELAYA
5421 NW 24 AV
HIALEAH, FL 33016

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 9.0000 | 79.16 | 712.44 | 1364.67 |
| Gross Pay | | | $712.44 | $1,364.67 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 79.16 | 151.63 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -28.33 | 50.64 |
| Social Security | -44.17 | 84.61 |
| Medicare | -10.33 | 19.79 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | -208.36 | 416.72 |
| Net Pay | $421.25 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1710 | XXXXXXXXX | 421.25 |

Your federal taxable wages this period are  $712.44

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

Pay Date:          01/30/2015

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX1710 | XXXXXXXXX | 421.25 |

THIS IS NOT A CHECK

CRISTHIAN ZELAYA
5421 NW 24 AV
HIALEAH, FL 33016

| Company Code | Loc/Dept | Num. | Page |
|---|---|---|---|
| RA / HXU 20306995 | 01/ | 3110694 | 1 of 1 |

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

## Earnings Statement



| Period Starting: | 01/01/2015 |
|---|---|
| Period Ending: | 01/15/2015 |
| Pay Date: | 01/15/2015 |

Taxable Marital Status:   Single
Exemptions/Allowances:      Tax Override:
  Federal:      2      Federal:
  State:        0      State:
  Local:        0      Local:
Social Security Number:   XXX-XX-XXXX

CRISTHIAN ZELAYA
5421 NW 24 AV
HIALEAH, FL 33016

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 9.0000 | 72.47 | 652.23 | 652.23 |
| Gross Pay | | | $652.23 | $652.23 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 72.47 | 72.47 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -22.31 | 22.31 |
| Social Security | -40.44 | 40.44 |
| Medicare | -9.46 | 9.46 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | -208.36 | 208.36 |
| Net Pay | $371.66 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1710 | XXXXXXXXX | 371.66 |

Your federal taxable wages this period are $652.23

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

Pay Date:            01/15/2015

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX1710 | XXXXXXXXX | 371.66 |

THIS IS NOT A CHECK

CRISTHIAN ZELAYA
5421 NW 24 AV
HIALEAH, FL 33016

| Company Code | Loc/Dept | Nu...r | Page |
|---|---|---|---|
| RA7HXU 20306995 | 01/ | 3080261 | 1 of 1 |

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

**Earnings Stateme...**



| Period Starting: | 12/16/2014 |
|---|---|
| Period Ending: | 12/31/2014 |
| Pay Date: | 12/31/2014 |

| Taxable Marital Status: | Single | |
|---|---|---|
| Exemptions/Allowances: | | Tax Override: |
| Federal: | 2 | Federal: |
| State: | 0 | State: |
| Local: | 0 | Local: |
| Social Security Number: | XXX-XX-XXXX | |

CRISTHIAN ZELAYA
5421 NW 24 AV
HIALEAH, FL 33016

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 1,064.61 | 20944.57 |
| Gross Pay | | | $1,064.61 | $20,944.57 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -77.35 | 1222.25 |
| Social Security | -66.00 | 1298.56 |
| Medicare | -15.44 | 303.70 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | -208.36 | 5131.48 |
| Net Pay | $697.46 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1710 | XXXXXXXXX | 697.46 |

Your federal taxable wages this period are  $1,064.61

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

Pay Date:          12/31/2014

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX1710 | XXXXXXXXX | 697.46 |

CRISTHIAN ZELAYA
5421 NW 24 AV
HIALEAH, FL 33016

| Company Code | Loc/Dept | Numbc | Page |
| RA / HXU 20306995 | 01/ | 3049913 | 1 of 1 |

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

## Earnings Statement



| | |
|---|---|
| Period Starting: | 12/01/2014 |
| Period Ending: | 12/15/2014 |
| Pay Date: | 12/15/2014 |

Taxable Marital Status:   Single
Exemptions/Allowances:        Tax Override:
    Federal:   2           Federal:
    State:     0           State:
    Local:     0           Local:
Social Security Number:   XXX-XX-XXXX

**CRISTHIAN ZELAYA**
**5421 NW 24 AV**
**HIALEAH, FL 33016**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 9.0000 | 91.26 | 821.34 | 19879.96 |
| Gross Pay | | | $821.34 | $19,879.96 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 91.26 | 2251.69 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -40.86 | 1144.90 |
| Social Security | -50.93 | 1232.56 |
| Medicare | -11.91 | 288.26 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | -208.36 | 4923.12 |
| Net Pay | $509.28 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1710 | XXXXXXXXX | 509.28 |

Your federal taxable wages this period are  $821.34

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

Pay Date:            12/15/2014

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX1710 | XXXXXXXXX | 509.28 |

THIS IS NOT A CHECK

CRISTHIAN ZELAYA
5421 NW 24 AV
HIALEAH, FL 33016

**Earnings Statement**

**ADP**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RA / HXU 20306995 | 01/ | 3021729 | 1 of 1 |

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

Period Starting:   11/16/2014
Period Ending:   11/30/2014
Pay Date:   11/28/2014

Taxable Marital Status:   Single
Exemptions/Allowances:    Tax Override:
  Federal:   2      Federal:
  State:   0      State:
  Local:   0      Local:
Social Security Number:   XXX-XX-XXXX

CRISTHIAN ZELAYA
5421 NW 24 AV
HIALEAH, FL 33016

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 9.0000 | 95.02 | 855.18 | 19058.62 |
| Gross Pay | | | $855.18 | $19,058.62 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -45.93 | 1104.04 |
| Social Security | -53.02 | 1181.63 |
| Medicare | -12.40 | 276.35 |
| Voluntary Deductions | this period | year to date |
| Child support 1 | -208.36 | 4714.76 |
| Net Pay | | $535.47 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 95.02 | 2160.43 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1710 | XXXXXXXXX | 535.47 |

Your federal taxable wages this period are  $855.18

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

Pay Date:   11/28/2014

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX1710 | XXXXXXXXX | 535.47 |

THIS IS NOT A CHECK

CRISTHIAN ZELAYA
5421 NW 24 AV
HIALEAH, FL 33016

| Company Code | Loc/Dept | Numb. | Page |
|---|---|---|---|
| RA 7 HXU 20306995 | 01/ | 2995244 | 1 of 1 |

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

**Earnings Statement**

ADP

| | |
|---|---|
| Period Starting: | 11/01/2014 |
| Period Ending: | 11/15/2014 |
| Pay Date: | 11/14/2014 |

Taxable Marital Status:   Single
Exemptions/Allowances:       Tax Override:
   Federal:       2          Federal:
   State:         0          State:
   Local:         0          Local:
Social Security Number:   XXX-XX-XXXX

**CRISTHIAN ZELAYA**
5421 NW 24 AV
HIALEAH, FL 33016

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 9.0000 | 98.32 | 884.88 | 18203.44 |
| Gross Pay | | | $884.88 | $18,203.44 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -50.39 | 1058.11 |
| Social Security | -54.86 | 1128.61 |
| Medicare | -12.83 | 263.95 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | -208.36 | 4506.40 |
| Net Pay | $558.44 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 98.32 | 2065.41 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1710 | XXXXXXXXX | 558.44 |

Your federal taxable wages this period are  $884.88

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

Pay Date:          11/14/2014

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX1710 | XXXXXXXXX | 558.44 |

THIS IS NOT A CHECK

CRISTHIAN ZELAYA
5421 NW 24 AV
HIALEAH, FL 33016

| Company Code | Loc/Dept | Numbe. | Page |
|---|---|---|---|
| RA7HXU 20306995 | 01/ | 2964944 | 1 of 1 |

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

## Earnings Statement



Period Starting: 10/16/2014
Period Ending: 10/31/2014
Pay Date: 10/31/2014

Taxable Marital Status: Single
Exemptions/Allowances:        Tax Override:
  Federal: 2          Federal:
  State:  0          State:
  Local:  0          Local:
Social Security Number: XXX-XX-XXXX

CRISTHIAN ZELAYA
5421 NW 24 AV
HIALEAH, FL 33016

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 9.0000 | 122.29 | 1100.61 | 17318.56 |
| Gross Pay | | | $1,100.61 | $17,318.56 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 122.29 | 1967.09 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -82.75 | 1007.72 |
| Social Security | -68.24 | 1073.75 |
| Medicare | -15.96 | 251.12 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | -208.36 | 4298.04 |
| Net Pay | $725.30 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1710 | XXXXXXXXX | 725.30 |

Your federal taxable wages this period are  $1,100.61

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

Pay Date:          10/31/2014

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX1710 | XXXXXXXXX | 725.30 |

THIS IS NOT A CHECK

CRISTHIAN ZELAYA
5421 NW 24 AV
HIALEAH, FL 33016

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RA / HXU 20306995 | 01/ | 2932294 | 1 of 1 |

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

## Earnings Statement



Period Starting:    10/01/2014
Period Ending:     10/15/2014
Pay Date:             10/15/2014

Taxable Marital Status:   Single
Exemptions/Allowances:           Tax Override:
Federal:   2                 Federal:
State:       0                 State:
Local:       0                 Local:
Social Security Number:   XXX-XX-XXXX

CRISTHIAN ZELAYA
5421 NW 24 AV
HIALEAH, FL 33016

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 9.0000 | 99.12 | 892.08 | 16217.95 |
| Gross Pay | | | $892.08 | $16,217.95 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 99.12 | 1844.80 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -51.47 | 924.97 |
| Social Security | -55.31 | 1005.51 |
| Medicare | -12.93 | 235.16 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | -208.36 | 4089.68 |
| Net Pay | $564.01 | |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1710 | XXXXXXXXX | 564.01 |

Your federal taxable wages this period are  $892.08

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

Pay Date:            10/15/2014

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX1710 | XXXXXXXXX | 564.01 |

THIS IS NOT A CHECK

CRISTHIAN ZELAYA
5421 NW 24 AV
HIALEAH, FL 33016

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RA / HXU 20306995 | 01/ | 2902914 | 1 of 1 |

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

**Earnings Statement**

**ADP**

| | |
|---|---|
| Period Starting: | 09/16/2014 |
| Period Ending: | 09/30/2014 |
| Pay Date: | 09/30/2014 |

Taxable Marital Status: Single
Exemptions/Allowances:          Tax Override:
   Federal:  2          Federal:
   State:    0          State:
   Local:    0          Local:
Social Security Number:  XXX-XX-XXXX

CRISTHIAN ZELAYA
5421 NW 24 AV
HIALEAH, FL 33016

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 9.0000 | 135.10 | 1215.90 | 15325.87 |
| Gross Pay | | | $1,215.90 | $15,325.87 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -100.04 | 873.50 |
| Social Security | -75.38 | 950.20 |
| Medicare | -17.64 | 222.23 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | -208.36 | 3881.32 |
| Net Pay | $814.48 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 135.10 | 1745.68 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1710 | XXXXXXXXX | 814.48 |

Your federal taxable wages this period are  $1,215.90

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

Pay Date:          09/30/2014

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX1710 | XXXXXXXXX | 814.48 |

CRISTHIAN ZELAYA
5421 NW 24 AV
HIALEAH, FL 33016

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RA / HXU 20306995 | 01/ | 2874858 | 1 of 1 |

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

**Earnings Statement**

ADP

Period Starting:   09/01/2014
Period Ending:    09/15/2014
Pay Date:          09/15/2014

Taxable Marital Status:   Single
Exemptions/Allowances:       Tax Override:
   Federal:   2            Federal:
   State:     0            State:
   Local:     0            Local:
Social Security Number:   XXX-XX-XXXX

CRISTHIAN ZELAYA
5421 NW 24 AV
HIALEAH, FL 33016

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 9.0000 | 91.11 | 819.99 | 14109.97 |
| Gross Pay | | | $819.99 | $14,109.97 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 91.11 | 1610.58 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -40.65 | 773.46 |
| Social Security | -50.84 | 874.82 |
| Medicare | -11.89 | 204.59 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | -208.36 | 3672.96 |
| Net Pay | | $508.25 |

Deposits
| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX1710 | XXXXXXXXX | 508.25 |

Your federal taxable wages this period are  $819.99

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

Pay Date:          09/15/2014

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX1710 | XXXXXXXXX | 508.25 |

CRISTHIAN ZELAYA
5421 NW 24 AV
HIALEAH, FL 33016

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RA/HXU 20306995 | 01/ | 50834 | 1 of 1 |

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

## Earnings Statement

Period Starting: 08/16/2014
Period Ending: 08/31/2014
Pay Date: 08/29/2014

Taxable Marital Status: Single
Exemptions/Allowances:           Tax Override:
  Federal: 2           Federal:
  State: 0             State:
  Local: 0             Local:
Social Security Number: XXX-XX-XXXX

CRISTHIAN ZELAYA
5421 NW 24 AV
HIALEAH, FL 33016

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 9.0000 | 102.59 | 923.31 | 13289.98 |
| Gross Pay | | | $923.31 | $13,289.98 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 102.59 | 1519.47 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -56.15 | 732.81 |
| Social Security | -57.25 | 823.98 |
| Medicare | -13.38 | 192.70 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | -208.36 | 3464.60 |
| Net Pay | $588.17 | |

Your federal taxable wages this period are $923.31

©1990, 2000, ADP, Inc. All Rights Reserved.

TEAR HERE



VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CARGO LOGISTICS GROUP USA LLC
2283 NW 82 AVE
MIAMI, FL 33122

63-466/631

Payroll Check Number: 50834
Pay Date: 08/29/2014

Pay to the order of: CRISTHIAN ZELAYA

This amount: FIVE HUNDRED EIGHTY EIGHT AND 17/100          $588.17

Regions Bank

CRISTHIAN ZELAYA
5421 NW 24 AV
HIALEAH, FL 33016