UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-23669-CIV-TURNOFF

[CONSENT CASE]

| | |
|---|---|
| CRISTHIAN V ZELAYA, and all others similarly situated under 29 U.S.C. 216(b),<br><br>     Plaintiffs,<br> vs.<br><br>CARGO LOGISTICS GROUP USA LLC, ESMERALDA CASTILLO, CARLOS R GONZALEZ, SR.,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>STIPULATION OF SETTLEMENTAND ORDER OF DISMISSAL</u>**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, CRISTHIAN ZELAYA ("Plaintiff"), and Defendants, CARGO LOGISTICS GROUP USA LLC, ESMERALDA CASTILLO, and CARLOS R GONZALEZ, SR. ("Defendants"), (collectively Plaintiff and Defendants referred to as the "Parties"), by and through their respective undersigned counsel, that the above matter has been amicably settled pursuant to agreement reached by and between the Parties at the Settlement Conference held before the Honorable Magistrate Judge William C. Turnoff on March 10, 2017. [DE 46]. The terms of the settlement agreement were summarized on the record at the Fairness Hearing on March 23, 2017, reviewed by the Court, and approved in their entirety as a fair resolution of a bona fide dispute between the Parties by the Honorable Magistrate Judge Turnoff as being fair and reasonable pursuant to *Lynn Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). [DE 50]. Ss a condition for dismissal, the parties agree to dismissal of this action on the condition that the Court retains

jurisdiction to enforce the terms of the Settlement Agreement., see *Anago Franchising, Inc. v. Shaz*, LLC, 677 F.3d 1272, 1280 (11th Cir. 2012).

WHEREFORE, the parties respectfully and jointly request this Court to enter an Order: (1) dismissing this action with prejudice as to Defendants, jointly and severally, pursuant to the parties stipulated settlement and dismissal; (2) retaining jurisdiction over enforcement of the terms of the settlement; and (3) denying as moot all pending motions.

Dated this 24th day of March, 2017.

| /s/ Ivette Labied<br>Ivette Labied, Esq.<br>Florida Bar No. 0840661<br>IGonzalez@TheLawProfessionals.com<br><br>The Law Professionals<br>3301 Ponce De Leon Blvd.<br>Coral Gables, FL 33134<br>Tel: (305) 445-4225<br>Fax: (866) 359-9557 | /s/ Rivkah F. Jaff<br>Rivkah F. Jaff, Esq.<br>Florida Bar No.: 107511<br>Rivkah.Jaff@gmail.com<br><br>J.H. Zidell, P.A.<br>300 71st Street, Suite 605<br>Miami Beach, FL 33141<br>Tel: (305) 865-6766<br>Fax: (305) 865-7167 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-23669-CIV-TURNOFF

[CONSENT CASE]

| | |
|---|---|
| CRISTHIAN V ZELAYA, and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) |
| Plaintiffs, | ) |
| vs. | ) ) |
| CARGO LOGISTICS GROUP USA LLC, ESMERALDA CASTILLO, CARLOS R GONZALEZ, SR., | ) ) ) ) |
| Defendants. | ) ) |

## ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO THE PARTIES SETTLEMENT AGREEMENT

THIS CAUSE, having come on to be considered before me upon the above stipulation between Plaintiff, CRISTHIAN ZELAYA ("Plaintiff"), and Defendants, CARGO LOGISTICS GROUP USA LLC, ESMERALDA CASTILLO, and CARLOS R GONZALEZ, SR. ("Defendants"), (collectively Plaintiff and Defendants referred to as the "Parties"), and the Court being otherwise fully advised it is:

**ORDERED,** and **ADJUDGED** that the Settlement Agreement is hereby **APPROVED** in its entirety by the court under *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), and this case is **DISMISSED WITH PREJUDICE** with the Court to retain jurisdiction to enforce the terms of the Settlement Agreement and with each side to bear their own fees and costs except as set forth by the settlement agreement terms. All pending motions in this case are DENIED as moot, and this case is CLOSED.

DONE AND ORDERED in Chambers, at Southern District of Florida, this _____day

of _____, 2017.

                                            _____
WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE

cc:
Counsels of Record